

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = illegal ass
Search Results: Displaying 2 of 3 entries



*Illegal ass 2.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001366719 / 2007-03-02
**Title:** Illegal ass 2.
**Copyright Claimant:** Third Degree Films
**Date of Creation:** 2006
**Date of Publication:** 2006-12-05
**Copyright Note:** Cataloged from appl. only.

**Names:** Third Degree Films



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record] [Format for Print/Save] |
| Enter your email address: [          ] [Email] |

---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page